PEOPLE *v* PIMPLETON.    Appeal from Kent, George V. Boucher, J. Submitted Division 3 November 23, 1971, at Lansing.    (Docket No. 11595.)    Decided December 9, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *James K. Miller*, Prosecuting Attorney, and *Donald A. Johnston, III*, Chief Appellate Attorney, for the people.

*Arthur J. Tarnow*, State Appellate Defender, and *Martin Reisig*, Assistant Defender, for defendant.

Before: BRONSON, P. J., and QUINN and DANHOF, JJ.

MEMORANDUM OPINION.    Defendant pleaded guilty to attempted larceny in a building and he appeals.    A motion to affirm has been filed by the people.

Upon an examination of the briefs and record, it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.